## SCHEDULE I

| Employee Name | Title | Full March Pay | Accrued to March 29th |
|---|---|---|---|
| MA | Director, Operations | $9,167.00 | $8,333.64 |
| JO | Director, Clinical | $11,000.00 | $10,000.00 |
| AH | Financial associate | $1,349.00 | $1,226.36 |
| KJ | Controller | $4,583.00 | $4,166.36 |
| Doug Johnston | CFO | $13,750.00 | $12,500.00 |
| Jonathan Kaufman | CEO | - | - |
| TOTAL | | $39,849.00 | $36,226.36 |

| Employee Name | 401K Match - 4% of Salary (Total for March) | Accrued to March 29th |
|---|---|---|
| MA | $367 | $354.77 |
| JO | $440 | $425.70 |
| AH | $54 | $52.17 |
| KJ | $183 | $177.36 |
| Doug Johnston | $550 | $531.67 |
| Jonathan Kaufman | - | - |
| TOTAL | $1,594.00 | $1,541.67 |

| Health Benefits (Total for March) | Accrued to March 29, 2026 |
|---|---|
| $9,042.31 | $8,220.28 |

| Employer Liabilities (Total for March payroll) | Accrued to March 29, 2026 |
|---|---|
| Social Security | $2,470.61 | $2,246.01 |
| Medicare | $577.82 | $525.29 |
| Fed Unemploy | $8.10 | $7.36 |
| PA Unemploy | $45.31 | $41.19 |
| PA PEXPT-All CTY | $219.17 | $199.25 |
| **Total** | $3,321.01 | **$3,019.10** |

| Withholding Taxes (Total for March payroll) | Accrued to March 29th |
|---|---|
| Social Security | $2,470.61 | $2,246.01 |
| Medicare | $577.81 | $525.28 |
| Fed Income Tax | $3,108.84 | $2,826.22 |
| PA Income Tax | $1,223.36 | $1,112.15 |
| PA Unemploy | $27.90 | $25.36 |
| PA PGH-All CTY Inc | $425.48 | $386.80 |
| PA PILST-All CTY LS | $21.70 | $19.73 |
| **TOTAL** | $7,855.70 | **$7,141.55** |

| Total Prepetition Wage Obligations (3/1/2026 - 3/29/2026) | |
|---|---|
| Wages | $36,226.36 |
| 401(k) | $1,541.67 |
| Health Benefits | $8,220.28 |
| Employer Liabilities | $3,019.10 |
| Withholding Taxes | $7,141.55 |
| **TOTAL** | **$56,148.96** |